Roland Eugene Horne Sr
(Name)

H-5-131/W.S.P. P.O. Box 9900
(Address)

Wasco Ca 93280-9900
(City, State, Zip)

G-01965
(CDC Inmate No.)

FILED
2008 FEB 25 PM 3:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254    1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓   ProSe ___

# United States District Court
## Southern District of California

Roland Eugene Horne Sr
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Orange County Sheriff Department
All of Theo Lacy's Mod M's Deputies, Names Unknown
on the day of Sunday 23rd of Sept 07
around 1:30 pm to 2:20 pm
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 0359 JLS POR

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, **Roland Eugene Horne Sr**
(print Plaintiff's name)
, who presently resides at H-5-131 W.S.P. P.O. Box 9900 Wasco, Ca. 93280-9900
(mailing address or place of confinement)
, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at **Theo Lacy's Man's Jail**
(institution/place where violation occurred)
on (dates) **9-23-07** _____, and _____
(Count 1)   (Count 2)   (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant: __Unknown__ (name) resides in __Unknown__ (County of residence) and is employed as a __Theo Lacy Deputy__ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Countenance Balance of Loyalty to duty, Which he failed to Protect us People of Color on 9-23-07, he seriously Neglected, the green light of the hispance to attack us. Misconduct, because the hispanics have been attacking other of my Race in other part of jail__

Defendant: __Unknown__ (name) resides in __Unknown__ (County of residence) and is employed as a __Theo Lacy__ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Countenance Balance of Loyalty to Deputies duty, Which he failed to Protect us. On 9-23-07 Neglected, the green light for the hispanics to attack all of us people of Color Misconduct, because the hispanics have been attacking my brothas in other parts of jail__

Defendant: __Unknown__ (name) resides in __Unknown__ (County of residence) and is employed as a __Theo Lacy Deputy__ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Countenance Balance of Loyalty to one's duty, Which he failed to Protect us people of Color. On 9-23-07 he seriously Neglected, the green light of the hispanics to attack us Misconduct, because the hispanics have been attacking my people in other parts of the jail already__

Defendant: __Unknown__ (name) resides in __Unknown__ (County of residence) and is employed as a __Theo Lacy__ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Countenance Balance of Loyalty to ones duty, Which he failed to Protect us people of Color. On 9-23-07 he, seriously Neglected, the green light that the hispanics to attack us Misconduct, because the hispanics have been attacking my people in other parts of O.C. jails__

C: Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: **Medical attention 9-23-07 From being attacked, From being Injured, From Mental Stress** (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On 9-23-07 around 1:30pm to 2:00pm after the count was cleared, us people of Color in Mod M-25, cell 2,4,6,8, was asked over the cell intercom, if we would like to attend Chruch services, which we said, yes. To where I myself, out of cell 2, Reggie Collier, cell 4, Brush, and his cellie cell 6, D. Johson of cell 8. Were let of our cells, to down and stand right out the door of M-25, between the controle booth. So we can be striped searched by ourselves over the intercom speaker. And once the search was completed, we were allowed to proceed to chruch service. Which is right next to visiting. Before I go on, let me fill you in on why my civil rights has seriously been violated. Previous before 9-23-07 there has been racial attacks on us people of Color by the hispanics because the green light to attack us. Which lead to us being separated any time we were to be moved from here or there. And was always call Racials are coming, which I am not a Races. Furthermore, once us people toped the stairs to go into chruch, we all realized at once that there was 5 to 6 hispanics setting in the visiting booths. Knowing that racial attention is going on the was supose to be a Deputy on the floor before we were let out of our cells, because of the hispanics at visting to prevent anything from happening. However, all Mod M's Deputies were in the controle booth at the time watching a football game. Instead of mon us and the hispanics. To which we to walk into chruch without anything happening Praise God. Where thought we will be locked in for safety due process, which we wasn't. Where after 15 to 20 minutes we heard over the intercom, that visiting is now over.

Continue on Next page

Than all at once the door to the chruch flue open, we the hispanics rushed in, And start throwing punches, and picking up chairs hitting us with them. To where I was hit a few times in the head with chairs, then a fisted, And before the Deputies hallered down and shoting pepper ball, I was hit on the leftside of my head, By my left Eye and on the bridge of my leftside of my Nose. To where I recieved a badly Protuberance left eye, and is Fructured left Nose Bridge that's damaged for life now. Witness are Chaplain Bruce of Theo Lacy, and 2 othe gentle man who were guessos that day

I was finally able to be transported to Western Medical Center in Anaheim, On the night of 9-24-07 after 12:00 A/m the morning of 9-25-07 by a Deputy Whitte, transpartation Officer, that knows me personally, and is a witness to what I looked like because no one wouldn't take any photo picture of me I had a Cat-Scan done on me, seen by a doctor and released. Oh yew, the only reason that I was able to seen a M.T.A Nurse is this, On 9-24-07 I was called out of my cell in which a that Time now I wasn't able to see out of my left eye that good. Because it had closed, and I am actally am blind in my right eye. As I was saying I was called only to be ask if I want to press charges to which I said yes. To where I Deputy told me that I don't need to because it all on video they got it from start to finish. Then and only then I was able to be seen by some one after complaning about headacts and Dizzieness that I was having.

Count 2: The following civil right has been violated: __Safety__
__Misconduct__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

Concerning Safety: The condition of being safe from undergoing or causing hurt and injures to me. That I recieved. Because the deputies of Module M, failed to Protect me, and other of my race, while attenting Chruch service.

Misconduct: the duties deliberately violated their responsibilities, when they sat in the controls booth and watched a football game. Instead of being present to prevent any kind of problem from happening. When any inmate is out of the sector of his or her Module, at any given time. (Which is Theo Lacy's procedures of their policy,

A Right to Medical Care: Right after the attack on me And being interviewed by a deputy, all I was allowed to see was a M.T.A. Nurse, which she seen the bruses and how my left eye had swollon up already, And cut above that, she gave me a ice pack and a three packs of pain pill, than I was ordered back to my Module. However, After continueing pushing the cell emergence bottom. Because of the dizzy still I started having. And how something didn't feel right within my head. After still complainning, I was told to stay off the emergence bottom, And the time push it I would lose 5 day's of day room Then and only then the next day 9-24-7 was call out to be asked if I want to press charges, was I finally able to be seen And then go W.M.C

Count 3: The following civil right has been violated: _____

1983 SD Form
(Rev. 5/95)

_Loyalty, Neglected, And a Right to Medical Care_ (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

Loyalty: Lack of moral suport, Where they were very unfaithful in Allegiance to one's lawful sovereign duty that's required of him

Neglected: A Deputy was No where on the floor at the time that racial tention was going between the hispanics, and us people of color. Especially when the hispanics was Already at the visiting, right next to the chaple door. And Also let us out of the module M-25 cell 2, 4, 6, and 8 to go to chruch service. Where both races were unattend, And the deputies actually had to know that something was going to happen with 2 different races, And over 10 people moving around Theo Lacy man's jail without a deputy's present. that if they wasn't so caught up in the football game at that moment of movement. Even through the Main man's, And Theo Lacy's duties had to stop ther racial attacks by the hispanic's precious to 9-23-7. The deputies still disregarded the green light to attack us, They also disregarded thier responsibility in prevent the attack, that we had to go through

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____
Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____
_____
_____
_____

(e) Approximate date case was filed: _____
(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
_____
_____
_____
_____
_____
_____
_____

E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From Allowing us people of Color to be attack by another race while in there custody, and All Deputies quit calling us Racials, the Laker, ect, ect, ect, when be moved from one place to another in O.C. jails, I am against Racism

2. Damages in the sum of $ 150,000

3. Punitive damages in the sum of $ 300,000

4. Other: Mental Stress $ 250,000

F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

02-21-08
Date

Roland Eugene Horne Sr
Signature of Plaintiff

I, _Roland Eugene Horne Sr_ DECLARE UNDER PENALTY THAT

I AM THE _Roland Eugene Horne Sr_ IN THE ABOVE ENTITLED ACTION. I AM SENDING THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF, TO BE TRUE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION AND AS TO THOSE MATTERS I BELIEVE THAT THEY ARE TRUE.

EXECUTED THIS _Feb_ DAY OF _21_, ~~20~~ _08_, AT WASCO STATE PRISON, WASCO, CALIFORNIA 93280

_Roland Eugene Horne Sr_
SIGNATURE OF DECLARANT/PRISONER

---

## PROOF OF SERVICE BY MAIL
(C.C.P. section 1013(a) & 2015.5; 2U.S.C.A. section 1746)

I, _Roland Eugene Horne Sr_ AM A RESIDENT OF WASCO STATE PRISON, STATE OF CALIFORNIA: I AM OVER EIGHTEEN (18) YEARS AND AM/ARE THE DEFENDENT IN THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS: _G-01965  H-5-131_ WASCO, CALIFORNIA 93280

EXECUTED THIS _Feb_ DAY OF _21_, ~~20~~_08_, I SERVED THE FOREGOING;
_Civil Suit_
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTIES HEREIN BY PLACING A TRUE COPY(S) THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX AT WASCO STATE PRISON, WASCO, CALIFORNIA 93280 OR WAS PICKED UP BY CORRECTIONS IN CHARGE OF PICKING UP MAIL ADDRESSED AS FOLLOWS:

_Roland Eugene Horne Sr_
_G-01965 H-5-131 - P.O. Box 9900_
_Wasco Cal. 93280-9900_

THERE IS MAIL SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE SO ADDRESSED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE.

DATED: _Feb_, ~~20~~_08_.

_Roland Eugene Horne Sr_
SIGNATURE OF DECLARANT/PRISONER

13

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Roland Eugene Horne, Sr.

2254       1983 NDANTS
FILING FEE PAID
Yes____ No ✓

Orange County Sheriff Department, et al

IFP MOTION FILED
Yes____ No ✓

COPIES SENT TO
Court   Prog

FILED
08 FEB 25 PM 3:47
CLERK US DISTRICT COURT
DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Roland Eugene Horne, Sr.
PO Box 9900
Wasco, CA 93280
G-01965

ATTORNEYS (IF KNOWN)

'08 CV 0359 JLS POR

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff     ☒ 3 Federal Question
                                    (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE   February 25, 2008

SIGNATURE OF ATTORNEY OF RECORD
R Miller