# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 JUN 19 PM 1:28
CLERK, U.S. DISTRICT COURT

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Janis L. Sammartino
FROM: _____ Deputy Clerk   RECEIVED DATE: 6/18/2008
CASE NO.: 08cv359 JLS (POR)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Horne v. Orange County Sheriff Dep't
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | OTHER: | Ex parte communications are prohibited with chambers. Attached documents show that case has been transferred to Central District |

Date forwarded: N/A

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 6/19/08   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

Dear Honorable Judge Sammartino;

Case Number: 00359-JLS-POR

Document #: 2-1   Date Filed: 03-04-08

The reason that I am once again writing you this letter is this. I am inquiring about the statues of my case against Theo Lacy, Mod-M Sheriffs!

And interested in the on going investigation of the case also. Furthermore, to see what parther actions that I need to take!

I truely thank you from the bottom of my heart, for taking your precious time out to read this here letter. And may our Heavenly Father God almighty of our Lord and Savior of us all Jesus Christ.

Continue to bless you, your family, and the rest of the courts personnel also.

And I pray that I'll hear from you very soon in Jesus Mighty Name.

P.S. The investigating I.A. Sergent of the Professional Standard Division is a Mr. David N just; at (714) 647-7468.

And now that you recieved the Inadequate showing of indigency, the Authorize copy of the prison trust account and the form to waiver prepayment of filing free. Will you take it into consideration that wasn't able to send the waiver from without the authouy of a consclo!

Yours Truely
Roland E. Horne Sr